PERTH AMBOY IRON WORKS, INC., ETC., ET AL. v. AMERICAN HOME ASSURANCE COMPANY, ET AL. AND DETROIT DIESEL ALLISON, ETC.

March 8, 1989.

Petition for certification granted. (See 226 *N.J.Super.* 200).

PERTH AMBOY IRON WORKS, INC., ETC., ET AL. v. AMERICAN HOME ASSURANCE COMPANY, ET AL. AND JOHNSON & TOWERS, INC.

March 8, 1989.

Petition for certification granted. (See 226 *N.J.Super.* 200).

CAROL SAVONA, ETC. v. JOHN P. LYNCH.

March 8, 1989.

Petition for certification denied.